IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Darrell L. Goss,               ) | C/A No.: 1:18-2124-BHH-SVH |
| Plaintiff,     ) | |
| vs.                            ) | ORDER |
| Richard Cothran,               ) | |
| Defendant.   ) | |

    Darrell L. Goss ("Plaintiff"), proceeding pro se and in forma pauperis, brings this action pursuant to 42 U.S.C. § 1983 alleging violation of his Eighth Amendment rights against Richard Cothran ("Defendant"), Warden of Turbeville Correctional Institution ("TCI"), in his individual capacity, for failure to protect Plaintiff from inmate assaults and the threat of inmate assaults due to increased gang violence. All pretrial proceedings in this case were referred to the undersigned pursuant to the provisions of 28 U.S.C. § 636(b) and Local Civ. Rule 73.02(B)(2)(e) (D.S.C.).

    This matter comes before the court on Plaintiff's motion to amend/correct the court's January 5, 2021 order denying his motions to compel and for sanctions. Plaintiff's motion to amend/correct is denied for the following reasons.

First, Plaintiff's objections to Defendant's discovery production, including responses to Plaintiff's second request for production and incomplete MINS reports, are premature. Plaintiff may file any objections he has to perceived discovery deficiencies after receiving Defendant's discovery production on January 15, 2021.

Second, Plaintiff's objection that the court did not address his interrogatory requests is without merit. The court addressed the limited objections made by Defendant to these requests. Plaintiff's objection concerning the court's limiting of discovery to "gang activity" instead of general "violence" is also without merit. Plaintiff's present case is wholly predicated on gang activity.[1]

IT IS SO ORDERED.

*Shiva V. Hodges*

January 14, 2021  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge

---

[1] To the extent that Plaintiff is requesting the court to send him copies of materials he has previously submitted, Plaintiff's request is denied. The court will not provide copies to Plaintiff absent his purchase through the Clerk of Court's office.